IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED CLERK'S OFFICE

2010 APR -6 P 2: 26

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

James Bourgoin,
　　　　Plaintiff,

vs.

Leroy Cartledge, Warden; John McRee,
Doctor; and Tarcia James a/k/a Janita
James,
　　　　Defendants.

)
)
)
)
)
)
)
)
)

C.A. No.: 2:09-cv-02159-RBH

**ORDER**

　　　　Plaintiff, a state prisoner proceeding *pro se*, brought this suit pursuant to 42 U.S.C. §

1983. This matter is before the court for review of the Report and Recommendation of United

States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B)

and Local Rule 73.02 for the District of South Carolina.

　　　　The Magistrate Judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains with

this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with

making a de novo determination of those portions of the Report and Recommendation to

which specific objection is made, and the court may accept, reject, or modify, in whole or in

part, the recommendation of the Magistrate Judge or recommit the matter with instructions.

See 28 U.S.C. § 636(b)(1).

　　　　Neither party has filed objections to the Report and Recommendation. In the absence

of objections to the Report and Recommendation of the Magistrate Judge, this court is not

required to give any explanation for adopting the recommendation. See Camby v. Davis, 718

1

F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that Defendants' motion for summary judgment is granted without opposition. Additionally, because of Plaintiff's failure to comply with the orders of this court, this action is dismissed with prejudice. All other pending motions are mooted by this Order.

**IT IS SO ORDERED.**


        s/R. Bryan Harwell
        R. Bryan Harwell
        United States District Judge

Florence, South Carolina
April 5, 2010